UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In Re COMVERSE TECHNOLOGY, INC. DERIVATIVE LITIGATION | **ORDER**<br>**06-CV-1849 (NGG) (RER)** |

-------------------------------------------------------------X
GARAUFIS, United States District Judge.

There are currently five shareholder derivative suits filed against Defendant Kobi Alexander and other executives of Comverse Technology, Inc. pending before this court: Capovilla v. Alexander, et al., 06-CV-1849 (NGG)(RER); Sokolow v. Alexander, 06-CV-2015 (NGG)(RER); Braverman v. Alexander, et al., 06-CV-2017 (NGG)(RER); Louisiana Municipal Police Employees' Retirement System v. Alexander, et al., 06-CV-2893 (NGG)(RER); Cooper v. Alexander, et al., 06-CV-3138 (NGG)(RER).

The Capovilla, Braverman and Sokolow actions were consolidated by Stipulation and Order dated May 16, 2006 under the Capovilla caption and docket number. (See Docket Entry No. 7). The remaining two suits were filed after the date of consolidation.

It is now ORDERED that the non-consolidated related derivative actions, Louisiana Municipal Police Employees' Retirement System v. Alexander, et al., 06-CV-2893, and Cooper v. Alexander, et al., 06-CV-3138 (NGG)(RER), are hereby consolidated with the Capovilla action and previously consolidated cases. **The new caption for this consolidated matter will be In re Comverse Technology, Inc. Derivative Litigation, 06-CV-1849.** Any future related derivative actions against these defendants will likewise be consolidated under the In re Comverse Technology Derivative Litigation, 06-CV-1849 caption.

It is further ORDERED that all pre-trial matters are hereby REFERRED to Magistrate Judge Ramon E. Reyes for decision or for a report and recommendation as is appropriate depending on the nature of the matter.

SO ORDERED.

Dated: August 16, 2006  
      Brooklyn, N.Y.

/s/  
NICHOLAS S. GARAUFIS  
United States District Judge