# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

STEVEN B. SINGER
Steven@blbglaw.com
212-554-1413

December 22, 2009

**VIA HAND DELIVERY & ECF FILING**

Hon. Nicholas G. Garaufis
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East, Rm. 263
Brooklyn, New York 11201

Re:   *In re Comverse Technology, Inc. Derivative Litigation*:
      No. 06-CV-1849(NGG)(RER)

Dear Judge Garaufis and Magistrate Judge Reyes:

  This Firm serves as Lead Counsel in the above-captioned action. We are pleased to inform the Court that the parties in the above-captioned action and in the related derivative action pending in the Supreme Court of the State of New York, *In re Comverse Technology, Inc. Derivative Litigation*, No. 601272/06, have agreed to settle this action as set forth in the enclosed Stipulation of Settlement.

  We also enclose a courtesy copy of the Preliminary Approval and Scheduling Order. It is our understanding that the Lead Plaintiff in the related securities class action, *In re Comverse Technology, Inc. Securities Litigation*, No. CV 06-1825 (NGG)(RER) has requested that a Fairness Hearing be scheduled in that action for March 17, 2010. To ease the burden on the Court and because the settlement agreements in the securities class action and this action are interdependent, we similarly propose that the Settlement Hearing be scheduled in the above-captioned matter for March 17, 2010.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Nicholas G. Garaufis
Hon. Ramon E. Reyes, Jr.
December 22, 2009
Page 2

    We appreciate the Court's consideration of this letter. Should the Court have any questions, we would, of course, make ourselves available at any time convenient to the Court.

                                Respectfully submitted,

                                *Steven Singer/LHG*

                                Steven B. Singer

cc:    All counsel (by ECF filing)
        Benjamin Kaufman, Esq.