**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

April 1, 2010

**VIA ECF & FACSIMILE (With Permission)**

Honorable Nicholas G. Garaufis
United States District Judge
United States District Courthouse
225 Cadman Plaza
Brooklyn, NY  11201

Re: *In re Comverse Technology, Inc. Derivative Litigation*, No. 06-CV-1849 (NGG)(RER)

Dear Judge Garaufis:

We represent Comverse Technology, Inc. ("Comverse") through the Special Committee of the Board of Directors.

As discussed during the conference on March 24, 2010, we enclose the following revised notices: (1) Notice of Pendency and Settlements of Shareholder Actions and of Settlement Hearing and (2) Summary Notice of Pendency and Settlements of Shareholder Actions and of Settlement Hearing. Exs. A, B. These documents have been revised to incorporate the related action, *Levy v. Koren*, No. 04-CV-0896 (S.D.N.Y.)(AKH), which has been transferred to this Court for settlement purposes. Ex. C.

The *Levy* action, like the above-captioned action, arises out of Comverse's grant of employee stock options and has been settled. The transfer of the *Levy* action to this Court for settlement purposes will achieve significant economies for the Court, the parties, and Comverse shareholders because only a single fairness hearing and notice of settlement are necessary.

We also enclose a revised Preliminary Order. Ex. D. This revised proposed order clarifies that shareholders as of the date the Preliminary Order is signed have standing to object to the settlement of the above-captioned action.

**DICKSTEIN**SHAPIRO LLP

Honorable Nicholas G. Garaufis
April 1, 2010
Page 2

All parties to the above-captioned action and the parallel state derivative action have been consulted and do not object to the transfer, the revised notices, or the revised preliminary order. Additionally, to further judicial economy, we respectfully request that the Settlement Hearing in the above-captioned and *Levy* actions be set for the same date as the settlement hearing in the related Comverse securities class action pending before this Court.

Respectfully submitted,

Donald A. Corbett  /PKR

Donald A. Corbett
(212) 277-6579
corbettd@dicksteinshapiro.com

cc:   All parties of record (via ECF)
      Enc.

DAC:mm

DOCSNY.409433.01