UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COMVERSE TECHNOLOGY, INC. DERIVATIVE LITIGATION | 06-CV-1849 (NGG)(RER) |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| IN RE COMVERSE TECHNOLOGY, INC. DERIVATIVE LITIGATION | No. 601272/06<br><br>Hon. Richard B. Lowe III, J.S.C. |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT AND THE NEGOTIATED FEE AND EXPENSE AWARD

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Steven B. Singer (SS 5212)
Laura H. Gundersheim (LG 8612)
1285 Avenue of the Americas
Tel:  (212) 554-1400
Fax:  (212) 554-1444
*Federal Derivative Lead Counsel and Counsel for Louisiana Municipal Police Employees' Retirement System*

**MILBERG LLP**
Benjamin Y. Kaufman (BK 1863)
Neil Fraser (NF 2271)
Todd L. Kammerman (TK 0601)
New York, New York 10119
Tel:  (212) 594-5300
Fax:  (212) 868-1229
*State Derivative Lead Counsel and Counsel for Leonard Sollins and Timothy Hill*

**BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**
Eric L. Zagar
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, Pennsylvania
Tel:  (610) 822-2209
Fax:  (610) 667-7056
*State Derivative Lead Counsel and Counsel for Leonard Sollins and Timothy Hill*

Please take notice that, upon the Joint Declaration of Steven B. Singer, Eric L. Zagar and Benjamin Y. Kaufman in Support of Final Approval of the Derivative Settlement ("Joint Declaration"), and the exhibits attached thereto, and the accompanying memorandum of law, the Lead Plaintiff in the above action (the "Federal Derivative Action"), Louisiana Municipal Police Employees' Retirement System ("Federal Derivative Lead Plaintiff), along with the lead plaintiffs in the parallel derivative action currently pending in the Supreme Court of the State of New York, *In re Comverse Technology, Inc.,* No. 601272/06 ("State Derivative Action," together with the Federal Derivative Action, the "Derivative Actions"), Leonard Sollins and Timothy Hill ("State Derivative Lead Plaintiffs") (collectively "Plaintiffs"), will and hereby do move this Court, before the Honorable Nicholas G. Garaufis, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on June 21, 2010, at 10:00 a.m., for final approval of the settlement in the Derivative Actions, including the negotiated attorneys' fees and expenses (the "Derivative Settlement").

Dated: New York, New York
May 19, 2010

          **BERNSTEIN LITOWITZ BERGER**
            **& GROSSMANN LLP**

By:   */s/ Steven B. Singer*
      Steven B. Singer (SS 5212)

Steven B. Singer (SS 5212)
Laura H. Gundersheim (LG 8612)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Federal Derivative Lead Counsel and Counsel for Louisiana Municipal Police Employees' Retirement System*

**MILBERG LLP**
Benjamin Y. Kaufman (BK 1863)
Neil Fraser (NF 2271)
Todd L. Kammerman (TK 0601)
One Pennsylvania Plaza
New York, New York 10119
Tel:     (212) 594-5300
Fax:     (212) 868-1229

**BARROWAY TOPAZ KESSLER
  MELTZER & CHECK LLP**
Eric L. Zagar
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, Pennsylvania
Tel:     (610) 822-2209
Fax:     (610) 667-7056

*State Derivative Lead Counsel and Counsel
for Leonard Sollins and Timothy Hill*