UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE COMVERSE TECHNOLOGY, INC.
DERIVATIVE LITIGATION

06-cv-1849 (NGG)(RER)

# DECLARATION OF DANIEL K. ROQUE

1. I am an associate at Dickstein Shapiro LLP, counsel to the Special Committee of the Board of Directors of Comverse Technology, Inc. ("Comverse").

2. I make this declaration in compliance with this Court's April 2, 2010 order preliminarily approving the Settlement and directing notice of the Settlement to Comverse shareholders. Paragraph 12 of the April 2 Preliminary Approval and Scheduling Order requires Comverse's counsel to file with the Court proof, by affidavit or declaration, of the publication of notice of the proposed settlements of the Derivative Actions.

3. On April 7, 2010, a copy of the Notice of Pendency and Settlement of Derivative Actions and of Settlement Hearing ("Notice") was filed on behalf of Comverse with the Securities and Exchange Commission in a Form 8-K (attached as Exhibit A) and posted on the Company's website at http://www.cmvt.com/financial.htm (the "SEC Filings" link). The Notice is scheduled to be posted on the Company's website through the date of the Settlement Hearing.

4. Comverse caused a copy of the Summary Notice of Pendency and Settlement of Derivative Actions and of Settlement Hearing to be published in the national edition of *The Wall Street Journal* on April 21, 2010 (attached as Exhibit B).

DOCSNY-419017v1

       I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2010
      New York, New York

                                           _s/ Daniel K. Roque_____
                                               Daniel K. Roque